UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | CRIMINAL NO. H-13-597 |
| GALINDO MELLADO-CRUZ | § | |
| ALAN ALPIZAR-CORDOBA | § | |
| WILL TOM FOLLIS | § | |

GOVERNMENT'S MOTION TO DISMISS

**TO THE HONORABLE JUDGE KEITH P. ELLISON:**

The United States of America, by and through Ryan K. Patrick, United States Attorney for the Southern District of Texas and Eric D. Smith, Assistant United States Attorney for the Southern District of Texas, files this motion to dismiss Criminal Indictment H-13-597 filed against the defendants GALINDO MELLADO-CRUZ, ALAN ALPIZAR-CORDOBA, and WILL TOM FOLLIS, and in support states as follow:

The Government submits that the defendants are deceased. Galindo MELLADO-CRUZ and Alan ALPIZAR CORDOBA were killed by the Mexican Federal Police in Mexico. Will FOLLIS died of a natural causes. The Government request that as to the defendants Galindo MELLADO-CRUZ, Alan ALPIZAR-CORDOBA, and Will TOM FOLLIS that Criminal Indictment H-13-597 be dismissed without prejudice

WHEREFORE, the Government respectively requests the Court enter an Order

dismissing Criminal Indictment H-13-597 filed against Galindo MELLADO-CRUZ, Alan ALPIZAR-CORDOBA, and Will TOM FOLLIS.

                Respectfully submitted,

                RYAN K. PATRICK
                United States Attorney

By*:*            Eric D. Smith /s/
                Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | |
| | § | CRIMINAL NO. H-13-597 |
| GALINDO MELLADO-CRUZ | § | |
| ALAN ALPIZAR-CORDOBA | § | |
| WILL TOM FOLLIS | § | |

# **ORDER**

It is ORDERED that Criminal Indictment H-13-597 filed against the above-named defendants be dismissed without prejudice.

ORDERED on this the _____ day of _____, 2018 at Houston, Texas.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE